IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RAY BETTENCOURT, | 1:99-CV-06044-AWI-LJO-HC |
|     Petitioner, | |
|   vs. | ORDER DENYING MOTION (Doc. 33) |
| CAL TERHUNE, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 19, 2007, plaintiff filed a motion for appointment or counsel. In light of the fact that petitioner's petition was dismissed by this court on March 28, 2000, IT IS HEREBY ORDERED that petitioner's motion for appointment of counsel is DENIED as moot.

IT IS SO ORDERED.

**Dated:   March 13, 2007**      /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE